# Exhibit "A"

Commonwealth of Massachusetts
County of Middlesex
The Superior Court

CIVIL DOCKET# **MICV2004-03950**

Admiral Metals Servicenter Co. Inc.,
    Plaintiff(s)

vs.

Feuz Manufacturing, Inc., Gary A. Feuz, indiv, Defendant(s) General Electric Company and Empire Recycling Operations Inc, reach and apply defendants

### SUMMONS AND RESTRAINING ORDER

To the above named Defendant(s):

You are hereby summoned and required to serve upon, plaintiff's attorney,
**Howard S Goldman, Esquire of Goldman & Pease**
**160 Gould Street Needham, MA 02494,**
, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

You are also required to file your answer to the complaint in the office of Clerk of this Court at Cambridge either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the complaint, for a preliminary injunction.

And that a hearing upon such application will be held at the court house at said **Cambridge**, in said county, on **10/21/2004** A.D. at **02:00 PM**, in **Rm 7B (Cambridge)** at which time you may appear and show cause why such application should not be granted.

In the meantime, until such hearing, **WE COMMAND YOU**, said General Electric Company and Empire Recycling Operations, Inc. reach and apply defendants and your agents, attorneys and counselors, and each and every one of them, to desist and refrain from making any monetary payments up to The amount of $71,315.26 to either or both defendants.

**Witness, Suzanne V. DelVecchio**, Esquire, Chief Justice of the Superior Court
at Cambridge, Massachusetts this 8th day of October, 2004.

*[signature]*
Clerk

**(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)**

cvcortroiss_2.wpd 603871 hrgpin gouveial