# Exhibit "C"

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | T. Court of Massachusetts Superior Court Department County: Middlesex, |
|---|---|---|

| PLAINTIFF(S) Admiral Metals Servicenter, Co., Inc. 11 Forbes Street, Woburn, MA | DEFENDANT(S) Feuz Manufacturing, Inc. and Gary Feuz ~~Schenectady, New York~~ |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Howard S. Goldman, Esquire    BBO #199030 Cameron P. Pease, Esquire    BBO #561900 Board of Bar Overseers number: 160 Gould Street, Needham, MA 02494 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [xx] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A02 | Goods sold and Delivered (F) | | ( ) Yes    (xx) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ................................... $............
  2. Total Doctor expenses ..................................... $............
  3. Total chiropractic expenses .............................. $............
  4. Total physical therapy expenses ......................... $............
  5. Total other expenses (describe) .......................... $............
       Subtotal $............
B. Documented lost wages and compensation to date ............ $............
C. Documented property damages to date ........................ $............
D. Reasonably anticipated future medical and hospital expenses  $............
E. Reasonably anticipated lost wages .......................... $............
F. Other documented items of damages (describe)
       $............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

       $............
       TOTAL $71,315.26....
       plus interests, costs and multiple damages

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

This is an action for breach of contract, quantum meruit, breach of personal guaranty and violation of M.G.L. ch.93A arising out of the Defendants failure to pay for metal products shipped and delivered on credit.

       TOTAL $71,315.26 plus interests, costs and multiple damages.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    DATE: 10/8/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000