# Exhibit "E"

FILED
IN CLERKS OFFICE
2004 OCT 21 P 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

MIDDLESEX SUPERIOR COURT
DEPT. OF TRIAL COURT
C.A. NO.

ADMIRAL METALS SERVICENTER CO. INC.,
Plaintiff

v.

FEUZ MANUFACTURING, INC.
And
GARY A. FEUZ, INDIVIDUALLY
Defendants

And

GENERAL ELECTRIC COMPANY
And
EMPIRE RECYCLING OPERATIONS, INC.
Reach and Apply Defendants

**AFFIDAVIT OF DARREN GAUDREAULT IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION**

I, Darren Gaudreault, under oath hereby depose and say as follows:

1. That I am the Vice President of Purchasing for the Plaintiff, Admiral Metals Servicenter Co., Inc. ("**Admiral**") and, as such, have personal knowledge of all of the facts contained herein.

2. I was contacted by Harry Turkel, a metal broker, about Admiral's interest in purchasing 40,000.00 pound of copper from his client, Empire Recycling Operations, who purchased the copper from Defendant, Feuz Manufacturing, Inc. ('**FMI**")

3. When inquiring about Admiral's interest in purchasing the copper, Mr. Turkel showed me pictures of the copper which are attached hereto as Exhibit "A" ("Pictures"). Mr. Turkel also

provided me with copies of the product description inventory tags attached hereto as Exhibit "B".

4. In the Pictures and/on the inventory tags, you can see Admiral's packing slip identifying this copper as the same metal product that FMI had purchased from Admiral and not paid for to date.

5. I have been informed by Mr. Turkell that as of October 5, 2004, said copper product was sold to and picked up by Reach and Apply Defendant Empire who in turn paid for $50,000.00 for said copper product.

6. Upon information and belief, Reach and Apply Defendant Empire has yet to pay the $50,000.00 to FMI.

Subscribed and sworn under the pains of perjury this 8 day of October, 2004.

Darren Gaudreault,
Vice President of Purchasing,
Admiral Metals Servicenter Co., Inc.

F:\ADMIRAL\Fcuz\Plaffidavits.doc

# EXHIBIT "A"









# EXHIBIT "B"

ADMIRAL METALS

INVENTORY TAG

Woburn

0700116 TEDZ MANUFACTURING INC

TAG # 139321

HEAT #. F1022784

DESCRIPTION
1100 90 RAD EDGE CU.RECT .38X2
.3800 .0000 144.0000

Item # 10091

| QUANTITY | UOM | PCS | Location |
|---|---|---|---|
| 1050 | | 30 | BAY1 |

VENDOR

0000530 01 052921 M

PO 01052921

1050

32

30

1102 16 6

05:21

532/14-1

CUSTOMER PO NO. M01052971
LOC. 96
CUSTOMER PART ID.
ADMIRAL METALS SERVICENTER
P O BOX 225
11 FORBES RD
WOBURN, MA 01801

PART NO & SPEC NO. 41669001
PTEF 585 20 3 1
PCS. 30
PACKED DATE

| GROSS | TARE | NET |
|---|---|---|
| 1109 lb E | 56 lb (K) T | 1053 lb N |

MATERIAL DESCRIPTION
11000 .063 RAD ED CU BAR
C/N DATE FRU 5/30 TO 9/27 8/20 MS
CERTS 7 CHEM/PHYS TESTS. 1000# BOXES.
MUST SHIP ASAP. P/L FAXED. REAR UNLOAD.
OPEN TOP TRUCK DEL. SHIP CAROLINA/
COMMANCHE. FAX P/L DAY OF SHIPMENT
781-937-4470. CALL 24 HRS B4 DEL AT

CASE NO 35
HEAT NO

| ALLOY | GAUGE | WIDTH | LENGTH |
|---|---|---|---|
| 11000 | 0.2500 | 2.0000 | 144.0000 |

IN EVENT OF DISAGREEMENT IN WEIGHT, COUNT, OR MATERIAL, RETURN THIS SLIP WITH NATURE OF COMPLAINT.

CONTENTS SLIP




REFER TO
MATERIAL SAFETY
DATA SHEET
HC-85-100

Darren — These are clearer pictures of labels — Read your E-mail for pictures of material & boxes

Harry




Document No. B11B4
Issue No. S19

Orders and Correspondence Must Specify Complete Material Number

# Rod & Bar, Electrolytic Tough Pitch Copper, Bare ~~& Tinned~~

EMPIS Material B11B4 identifies cold-worked electrolytic tough pitch copper rod and bar, similar to ASTM B187, Alloy UNS C11000, bars ~~or tinned~~, as follows:

| Temper | Bare | | | | Tinned | | |
|---|---|---|---|---|---|---|---|
| | Rod | Bar | | | Rod | Bar tinned four sides | |
| | | Square corners | Rounded corners | Full rounded edge | | Square corners | Rounded corners |
| Annealed (O60) | B11B4A | B11B4A2 | B11B4A3 | B11B4A4 | B11B4A5 | B11B4A6, A8, A10 | B11B4A7, A9, A11 |
| 1/4 hard (H01) | – | B11B4B2 | B11B4B3 | B11B4B4 | – | – | – |
| Commercially hard (H04) | B11B4C | B11B4C2 | B11B4C3 | B11B4C4 | B11B4C5 | B11B4C6, C8, C10 | B11B4C7, C9, C11 |
| Dead soft annealed | – | B11B4L2 | B11B4L3 | B11B4L4 | – | – | – |
| Special bending | – | B11B4M2 | B11B4M3 | B11B4M4 | – | B11B4M6, M8, M10 | B11B4M7, M9, M11 |
| Special annealed | B11B4P | – | – | – | – | – | – |
| Special applications | – | B11B4X2 | B11B4X3 | B11B4X4 | – | – | – |

CHEMICAL COMPOSITION: %

Bare metal – copper including silver, min .......... 99.90

~~Tin coating – tin, min .......... 99.90~~

MECHANICAL PROPERTIES: (1)

| EMPIS designation | Diameter or size, in | Tensile strength, ksi Min | Tensile strength, ksi Max | Elongation in 4 X diameter or thickness of specimen (2), %, min | Bar flatwise or rod bend test, angle of bend, ° (3) | Hardness, Rockwell (4) HRF | Hardness, Rockwell (4) HRB |
|---|---|---|---|---|---|---|---|
| B11B4A | Rod or bar, all sizes | 28 | 37 | 25 | 180 | 50 max | – |
| B11B4B | Bar, all sizes | 33 | – | 15 | 120 | – | 20–40 (5) |
| B11B4C | Rod: Up to 3/8 incl | 45 | 55 | 12 | 120 | – | – |
| | Over 3/8 to 1 incl | 40 | 50 | 12 | 120 | 80 min | – |
| | Over 1 to 2 incl | 35 | 45 | 15 | 120 | 75 min | – |
| | Over 2 | 33 | 43 | 15 | 120 | 65 min | – |
| | Bar: Up to 3/8 incl in thickness, up to 4 incl in width | 37.5 | 50 | 10 | 120 | 80 min | – |
| | All other sizes | 33 | 45 | 15 | 120 | 65 min | – |
| B11B4L | Bar: To 3/4 incl in thickness | – | – | – | 180 | 45 max (5) (6) | – |
| B11B4M | Bar, all sizes | – | – | – | 180 | 50 max (5) | – |
| B11B4P | Rod, all sizes | – | – | – | 180 | 40 max (5) | – |
| B11B4X | Bar, all sizes | – | – | – | 180 | 35 max (5) | – |

Grain size

| EMPIS designation | Grain size, mm Minimum | Grain size, mm Maximum |
|---|---|---|
| B11B4M or X | (7) | 0.050 |

Edgewise bend test – (B11B4M and X tempers only)

This material unmachined shall successfully withstand bending edgewise through 180 degrees around a mandrel without cracking. The mandrel diameter shall be equal to two-thirds the width of the material being bent.

(See next page for footnotes.)

(Continued on page 2)

# Exhibit “F”

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

MIDDLESEX SUPERIOR COURT
DEPT. OF TRIAL COURT
C.A. NO.

ADMIRAL METALS SERVICENTER CO. INC.,
Plaintiff

v.

FEUZ MANUFACTURING, INC.
And
GARY A. FEUZ, INDIVIDUALLY
Defendants

And

GENERAL ELECTRIC COMPANY
And
EMPIRE RECYCLING OPERATIONS, INC.
Reach and Apply Defendants

**AFFIDAVIT OF DAVID SCHUR IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION**

I, David Schur, under oath hereby depose and say as follows:

1. That I am the Corporate Credit Manager for the Plaintiff and am familiar with the billing practices relating to this matter.

2. From March 31, 2004 through May 7, 2004, Defendants purchased metal products from Admiral, on credit, for which a principal outstanding balance of $66,339.78, plus accrued interest of $4,975.48, aggregating an outstanding balance of $71,315.26 (**"Outstanding Balance"**) remains, and agreed to make prompt payment thereon. Attached hereto as Exhibit "A" is a true and accurate copy of the Billing Statement. Attached hereto as Exhibit "B" are true and accurate copies of the invoices and proofs of delivery.

3. Defendant Feuz executed a certain Guaranty dated August 15, 1995 agreeing to pay all obligations of Defendant FMI to Plaintiff including costs of collection, attorney fees, and interest of 18% per annum on unpaid balances (**"Guarantee"**). Attached hereto as Exhibit "C" is a true and accurate copy of the Guarantee.

4. Defendants have refused to make payments for the Outstanding Amount after repeated demand by Plaintiff and then by its attorney. Attached hereto as Exhibit "D" are true and accurate copies of the demand letters mailed to the Defendants.

5. Upon information and belief, FMI has lost one of its largest customers causing it to be in extreme financial difficulty resulting in at least 24 of its 84 employees being layed off. See; Exhibit "E" attached hereto.

6. FMI notified Admiral that it would not be using approximately 40,000 pounds of copper that it had previously purchased from Admiral.

7. As a result thereof, Admiral offered to reduce the Outstanding Balance in exchange for a return of a portion of the product delivered to Defendants, being approximately 40,000 pounds of copper.

8. FMI subsequently notified Admiral that rather than return said 40,000 pounds of copper that it would be using said copper in one of its jobs.

9. Upon information and belief, rather than return 40,000 pounds of copper to Admiral, Defendants, through their agent broker Harry Turkel, sold said copper product to Reach and Apply Defendant Empire, which is a metal scrap dealer, for approximately $50,000.00. Upon information and belief, Reach and Apply Defendant Empire has yet to satisfy its debt to Defendants.

10. Upon information and belief, Reach and Apply Defendant GE has an outstanding debt

owed to Defendants.

11. Upon information and belief, Reach and Apply Defendant GE has an outstanding debt owed to Defendants.

Subscribed and sworn under the pains of perjury this 8th day of October, 2004.

David C. Schur

David Schur,
Corporate Credit Manager,
Admiral Metals Servicenter Co., Inc.

F:\ADMIRAL\Feuz\Plaffidavits.doc

# EXHIBIT "A"




11 Forbes Road
Woburn, MA 01801
(781) 933-8300

# STATEMENT

**SOLD TO:** 07-00116
FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY 12306

**REMIT TO:**
ADMIRAL METALS
P.O. BOX 11545
BOSTON, MA 02211

| PURCHASE ORDER | INVOICE NO. | SHIP-TO CITY | INV DATE | AMOUNT |
|---|---|---|---|---|
| B003695 | 01402761 | SCHENECTADY | 03/31/04 | 2379.10 |
| B3642 | 01401188 | SCHENECTADY | 03/31/04 | 1610.40 |
| B3642 | 01401185 | SCHENECTADY | 03/31/04 | 1824.00 |
| B3642 | 01401186 | SCHENECTADY | 03/31/04 | 1785.60 |
| B3642 | 01401187 | SCHENECTADY | 03/31/04 | 1406.40 |
| B3588 | 01400014 | SCHENECTADY | 04/02/04 | 2135.38 |
| B3712 | 01404244 | SCHENECTADY | 04/09/04 | 18979.75 |
| B3754 | 01404256 | SCHENECTADY | 04/09/04 | 1883.28 |
| B3371 | 01398992 | SCHENECTADY | 04/14/04 | 1874.88 |
| B3273 | 01393506 | SCHENECTADY | 04/30/04 | 6372.03 |
| B3712 | 01408882 | SCHENECTADY | 05/07/04 | 26088.96 |

| TOTAL AMOUNT | CURRENT | PAST DUE |
|---|---|---|
| $66,339.78 | $0.00 | **$66,339.78** |

**TERMS NET 30 DAYS**

# EXHIBIT "B"

# * REPRINT *
# * INVOICE *




11 Forbes Road
Woburn, MA 01801
(781) 933-8300

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON MA 02211

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY 12306

**SOLD TO:** 0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY 12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD. C-COL. | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3273 | | DEST | COM CAR-SPECIF | D | 4/30/04 | 4/30/04 | 01393506 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| CUCO C107 .060 X 2. GE B11B72A B3027<br>WIDTH: 2.0000 IN LENGTH: COIL<br>CUST PART NO: 300063<br>8,000" AT $.62/INCH. GE B11B72A<br>SOFT ANNEALED, SILVER BEARING, OXYGEN FREE<br><br>PPD FREIGHT | 399 LB | 15.9700 LB | 6372.03 |

N

| IN | OUT |
|---|---|
| 0115 | 0783 |

| MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|
| 6372.03 | .00 | .00 | .00 | .00 | 6372.03 |

**TERMS** NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*

*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

TERMS AND CONDITIONS ON REVERSE SIDE



11 FORBES ROAD
WOBURN, MA 01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

4/29/04 :02:56

BUYOUT ORDER
01393506



Page 1 of 1

SOLD: 0700116
FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY NY 12306

SHIP: FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY NY 12306

| Process: | Ship Via: OURTRUCK | Route: ~~CC~~ ALBANY |
|---|---|---|

| Delivery Date: | Customer Order | Salesman | Receive Phone # | Receive Hrs/Days |
|---|---|---|---|---|
| 4/30/04 | B3273 | MACCUTCHEON, M. | 518-355-3088 | |

| Certification: | FRT: PP / COL / PP&CHG | Unload Type: |
|---|---|---|
| ACT CERT W/SHIPMENT | X | PER CUSTOMER SPECS |

Line Item Description

0001 B3027 CUCO C107 .060 X 2. GE B11B72A

Sold by: LB

Part#: 300063

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | Shipped UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 399 LB | 2.0000 | COIL | 399 | 4 | | | 399 | |

B3027 CUCO C107 .060 X 2 COIL BUYOUT
INBOUND # PO 01033790 0001 2.0000
TAG : 221356 LOC BAY1

8.000" AT $.82/INCH. GE B11B72A
SOFT ANNEALED,SILVER BEARING,OXYGEN FREE
ACT C/A W/SHIP
PPD FREIGHT

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result in a felony under federal law.

Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert Y/N |
|---|---|---|---|---|---|---|---|
| 1 BAY 1 | 1 SKID | 191 | | | [X] [signature] | [X] | N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| by Jet 1 [signature] | | | | | | | | |

Warehouse Comments

Form 1004, Rev 1103

PROOF OF DELIVERY

# * REPRINT *
# * INVOICE *






11 Forbes Road
Woburn, MA 01801
(781) 933-8300

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON MA 02211

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY 12306

**SOLD TO:** 0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY 12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD. C-COL. | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3371 | | DEST | OUR TRUCK | | 4/14/04 | 4/14/04 | 01398992 |

| DESCRIPTION | | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|---|
| 1100 HD ETP COPPER RECTANGLE | 03981 | 3024 IN<br>21 EA | .6200<br>IN | 1874.88 |
| .375X2.5 | | | | |
| ASTM B187 | | | | |
| WIDTH: | LENGTH: 144 | | | |
| CUST PART NO: 300963 | | | | |

NOT A DUPLICATE ORDER.

| IN | OUT |
|---|---|
| 0115 | 0783 |

| MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|
| 1874.88 | .00 | .00 | .00 | .00 | 1874.88 |

**TERMS** NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*

*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401

TERMS AND CONDITIONS ON REVERSE SIDE