

41 FORBES ROAD
WOBURN, MA   01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

4/12/04 13:13:38

**SALES ORDER**
**01398992**



Page   1 of   1

| SOLD | 0700116<br>FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY      NY 12306 | SHIP | FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY      NY 12306 |
|---|---|---|---|

| Process: | | Ship Via: OUR TRUCK | Route: ALBANY 3,5 |
|---|---|---|---|
| Delivery Date: 4/09/04 | Customer Order B3371 | Salesman MACCUTCHEON, N. | Receive Phone # 518-355-3088 | Receive Hrs/Days |
| Certification: ACT CERT W/SHIPMENT | | PP  COL  PP&CHG  FRT: X | Unload Type: PER CUSTOMER SPECS |

| Line | Item | Description |
|---|---|---|
| 0001 | 03981 | 1100 HD ETP COPPER RECTANGLE<br>.375X2.5<br>ASTM B187 |

Sold by: IN
Part#: 300963

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 3024 IN | | 144 | 915 | 21 | 3024 | IN | N.915 | |

10:08:17
04/13/04
988 lb N

ACT C/A W/SHIP
NOT A DUPLICATE ORDER.

Chemical Analysis
Cu
99.9000

Nominal Certification for Sales Order #   01398992

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| 12 | 1-CASE | 142/12 | | | X | X | Y N |
| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
| | | | | | | 218371<br>6-61 | 0103310 8 | |

RED

Warehouse Comments

01398992 P171

8992 P184

Form 1004 Rev 1103      PROOF OF DELIVERY

# * REPRINT *
# * INVOICE *

PAGE    1

**ADMIRAL METALS**

11 Forbes Road
Woburn, MA 01801
(781) 933-8300

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON        MA    02211

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD CCC | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3588 | | DEST | COMMON CARRIER | | 4/02/04 | 4/02/04 | 01400014 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| SSRO UNS S40300 1" DIA X 144          B1170<br>WIDTH:                LENGTH: 144.0000 IN<br>CUST PART NO: 301421<br>GE B7B20A. PRICING: 5,000" X $.43/INCH<br>ACTUAL CERTS WITH SHIPMENT<br><br>PREPAID FREIGHT | 1118 LB | 1.9100<br>LB | 2135.38 |

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 2135.38 | .00 | .00 | .00 | .00 | 2135.38 |

**TERMS   NET 30 DAYS**

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401

TERMS AND CONDITIONS

**ADMIRAL**
11 FORBES ROAD
WOBURN, MA 01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

4/01/04 11:17:42

BUYOUT ORDER
0140 0014

Page 1 of 1

| | | |
|---|---|---|
| **SOLD** | 0700116<br>FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 | **SHIP** | FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 |

Process: 4/2
Ship Via: ~~COMMON CARRIER~~ OUR TRUCK
Route: ~~CC~~ ALBANY 3,5

Delivery Date: 4/26/04
Customer Order: B3588
Salesman: MACCUTCHEON, M.
Receive Phone #: 518-355-3088
Receive Hrs/Days:

Certification: ACTUAL CERT REQ
FRT: PP X  COL  PP&CHG
Unload Type: PER CUSTOMER SPECS

| Line | Item | Description | | Sold by: LB |
|---|---|---|---|---|
| 0001 | B1170 | SSRO UNS S40300 1" DIA X 144 | | Part#: 301421 |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | Shipped LBS UOM | Shipped Date |
|---|---|---|---|---|---|---|---|
| 1118 LB | | 144.0000 | 1118 | 78 | | 1118 lbs | |

B1170 SSRO UNS S4030 1  ROD BUYOUT
INBOUND # PO 01084550 0001       144.0000
TAG : 217962 LOC BAY7

GE B7820A. PRICING: 5.000" X 5.43/INCH
ACTUAL CERTS WITH SHIPMENT
ACT C/A W/SHIP
PREPAID FREIGHT

*[signature]*

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.
Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| 11 | 1-B | 226/320 | | | [X] | [X] | Y N |
| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
| | | | | | | | | |

Warehouse Comments

Form 1004 Rev 1103   PROOF OF DELIVERY

\* **REPRINT** \*  PAGE   1
\* **INVOICE** \*



**11 Forbes Road**
**Woburn, MA 01801**
**(781) 933-8300**

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON     MA   02211

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD. C-COL. | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3642 | | DEST | OUR TRUCK | | 3/31/04 | 3/31/04 | 01401185 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1010CR OFHC COPPER PLATE 2   R5535<br>  ASTM B152<br>WIDTH: 3.5000 IN   LENGTH: 96.0000 IN<br>CUST PART NO: 300633<br>GE B11B33X<br><br>\*\*\*\*TRUCK ROUTE OK DON BISHOP \*\*\*\*\*\* | 240 IN | 7.6000 | 1824.00 |

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 1824.00 | .00 | .00 | .00 | .00 | 1824.00 |

**TERMS**   NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401                                                TERMS AND CONDITIONS



11 FORBES ROAD
WOBURN, MA   01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

3/23/04   9:26:30

**SALES ORDER**
**01401185**



Page   1 of   1

SOLD:
0700116
FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY   NY 12306

SHIP:
FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY   NY 12306   ALBANY B-5

| Process: | REGULAR CUTTING | Ship Via: | OUR TRUCK | Route: | |
|---|---|---|---|---|---|
| Delivery Date: 3/31/04 | Customer Order B3642 | Salesman MACCUTCHEON, M. | Receive Phone # 518-355-3088 | Receive Hrs/Days | |
| Certification: ACT CERT W/SHIPMENT  TAX | | PP COL PP&CHG  FRT: X | Unload Type: PER CUSTOMER SPECS | | |

| Line | Item | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0001 | R5535 | 1010CR OFHC COPPER PLATE 2  ASTM B152 | | Sold by: IN  Part#: 300633 | | | | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 192 IN | 3.5000 +.060/-.000 | 96.0000 +.060/-.000 | 471 | 2 | 240 | IN | 590 | |

GE B11B33X
ACT C/A W/SHIP
*****TRUCK ROUTE OK DON BISHOP******

Nominal Certification for Sales Order # 01401185

Chemical Analysis

| Cu | P | Te |
|---|---|---|
| 99.9900 | .0003 | .0010 |

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.   Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| W06S | Pg. 3 of 1 | 2 | | 2 | X | X | Y/N |

| Location | Tag# | Weight | Location | Tag# | Weight | Tag# | Heat# | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 217931 | 09000254 D0913 | |
| GREEN | | | | | | 217734 | | |

Warehouse Comments

Form 1004 Rev 1103   PROOF OF DELIVERY

\* **REPRINT** \*
\* **INVOICE** \*

PAGE     1



**ADMIRAL METALS**

11 Forbes Road
Woburn, MA 01801
(781) 933-8300

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON          MA    02211

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD C-COL | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3642 | | DEST | OUR TRUCK | | 3/31/04 | 3/31/04 | 01401186 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1010CR OFHC COPPER PLATE 2<br>ASTM B152<br>WIDTH: 9.0000 IN       LENGTH: 96.0000 IN<br>CUST PART NO: 301447<br>GE B11B33X<br><br>\*\*\*\*TRUCK ROUTE OK DON BISHOP \*\*\*\*\*\* | R5535 | 96 IN       18.6000 | 1785.60 |

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 1785.60 | .00 | .00 | .00 | .00 | 1785.60 |

**TERMS**   NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401                                                                                                      TERMS AND CONDITIONS



**ADMIRAL**
11 FORBES ROAD
WOBURN, MA   01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

3/23/04   9:26:43

**SALES ORDER**
**01401186**

Page   2 of   1

SOLD: 0700116
FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY   NY 12306

SHIP: FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY   NY 12306

ALBANY 3/5

| Process: | REGULAR CUTTING | | Ship Via: | OUR TRUCK | Route: | WORC 2,4 |
|---|---|---|---|---|---|---|
| Delivery Date: 3/31/04 | Customer Order: B3642 | Salesman: MACCUTCHEON, M. | | Receive Phone #: 518-355-3088 | | Receive Hrs/Days |
| Certification: ACT CERT W/SHIPMENT | | FAX | FRT: PP X COL PP&CHG | Unload Type: PER CUSTOMER SPECS | | |

| Line | Item | Description | | | | |
|---|---|---|---|---|---|---|
| 0002 | R5535 | 1010CR OFHC COPPER PLATE 2 ASTM B152 | | | Sold by: IN Part#: 301447 | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 96 IN | 9.0000 +.060 -.000 | 95.0000 +.060 -.000 | 576 | 1 | 96 | IN | 576 | |

GE B11B33X
ACT C/A W/SHIP
*****TRUCK ROUTE OK DON BISHOP ******

Chemical Analysis
Cu        P         Te
99.9900   .0003    .0010

Nominal Certification for Sales Order #  01401186

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.
Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| WOOS | Pg 30F1 | B | | 12 | X | X | Y/N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 017930 | 09000254 D0913 | 576/(1) |

GREEN
Warehouse Comments

Form 1004 Rev 1103    PROOF OF DELIVERY

**\* REPRINT \***
**\* INVOICE \***

PAGE   1



**11 Forbes Road**
**Woburn, MA 01801**
**(781) 933-8300**

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON      MA    02211

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD E-COL | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3642 | | DEST | OUR TRUCK | | 3/31/04 | 3/31/04 | 01401187 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1010CR OFHC COPPER PLATE 2          04413 | 48 IN | 29.3000 | 1406.40 |
| ASTM B152 | | | |
| WIDTH: 14.0000 IN        LENGTH: 48.0000 IN | | | |
| CUST PART NO: 301448 | | | |
| GE B11B33X | | | |
| | | | |
| ****TRUCK ROUTE OK DON BISHOP ****** | | | |

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 1406.40 | .00 | .00 | .00 | .00 | 1406.40 |

**TERMS**   NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401

TERMS AND CONDITIONS

Case 1:04-cv-12204-RWZ   Document 1-7   Filed 10/21/2004   Page 9 of 20





**ADMIRAL**
11 FORBES ROAD
WOBURN, MA  01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

3/23/04  9:25:32

**SALES ORDER**
**01401187**

Page  3 of  1

| SOLD | 0700116
FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY     NY 12306 | SHIP | FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY     NY 12306 |
|---|---|---|---|

ALBANY 3/5

| Process: | REGULAR CUTTING | Ship Via: | OUR TRUCK | Route: 2,4 |
|---|---|---|---|---|
| Delivery Date: 3/31/04 | B3642 | Customer Order | Salesman MACCUTCHEON, M. | Receive Phone # 518-355-3088 | Receive Hrs/Days |
| Certification: | ACT CERT W/SHIPMENT    FAX | FRT: PP COL PP&CHG X | Unload Type: PER CUSTOMER SPECS |

| Line | Item | Description |
|---|---|---|
| 0003 | R5535 | 1010CR OFHC COPPER PLATE Z
ASTM B152 |

Sold by: IN
Part#: 301448

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 48 IN | 14.0000
+ .060
- .000 | 48.0000
+ .060
- .000 | 443 | 1 | 48 | IN | 443 | |

GE B11B33X
ACT C/A W/SHIP
****TRUCK ROUTE OK DON BISHOP ******

14.38 PC 26596
04413

96

Chemical Analysis
| Cu | P | Te |
|---|---|---|
| 99.9900 | .0003 | .0010 |

Nominal Certification for Sales Order #  01401187

*signature*

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result in a felony under federal law.                                                                 Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| Albany | 1 Skid | 12 | | | X | X  Sy | Y N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 204718 | 09000254
D0913 | 443/10 |

GREEN

Warehouse Comments

Form 1004 Rev 1103        PROOF OF DELIVERY

# * REPRINT *
# * INVOICE *

PAGE 1

**ADMIRAL METALS**

11 Forbes Road
Woburn, MA 01801
(781) 933-8300

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON      MA   02211

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

**SOLD TO:** 0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | A-PPD C-COL | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3642 | | DEST | OUR TRUCK | | 3/31/04 | 3/31/04 | 01401188 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 1100 HD ETP COPPER ROUND 4 4 ASTM B187 WIDTH:           LENGTH: 144. CUST PART NO: 300009 GE B11B4C  ****TRUCK ROUTE OK DON BISHOP ****** | 04088  132 IN 1 EA | 12.2000 IN | 1610.40 |

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 1610.40 | .00 | .00 | .00 | .00 | 1610.40 |

**TERMS   NET 30 DAYS**

*What could Admiral Metals do to better improve our product or service?*

*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401                                                                        TERMS AND CONDITIONS

**ADMIRAL**

1 FORBES ROAD
WOBURN, MA 01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

3/23/04  9:26:32

SALES ORDER
**01401188**

Page 4 of 1

| SOLD | 0700116<br>FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY   NY 12306 | SHIP | FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY   NY 12306 |
|---|---|---|---|

Albany

| Process: | | | Ship Via: OUR TRUCK | Route: W WORC 2-4 |
|---|---|---|---|---|
| Delivery Date: 3/31/04 | Customer Order B3642 | Salesman MACCUTCHEON, M. | Receive Phone # 518-355-3088 | Receive Hrs/Days |
| Certification: ACT CERT W/SHIPMENT | | FRT: PP  COL  PP&CHG  X | Unload Type: PER CUSTOMER SPECS |

| Line | Item | Description | | |
|---|---|---|---|---|
| 0004 | 07609<br>04088 | 1100 HD ETP COPPER ROUND 4<br>ASTM B187 | Sold by: IN<br>Part#: 300009 | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 144 IN | | 144. | 584 | 1 | 144<br>132 | IN | 09:09:41<br>03/30/04<br>534 lb | |

E B11B4C
CT C/A W/SHIP
***TRUCK ROUTE OK DON BISHOP ******

Chemical Analysis          Nominal Certification for Sales Order # 01401188
Cu
99.9000

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

| Location | # of Pk's | Pick/Pack | Lead | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Purchasing Manager Cert |
|---|---|---|---|---|---|---|---|
| #11 | W06 P.6 | 142 | | | X | X | Y N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 208709<br>E-118 | 01032558 | |

Thanks
Mike

Warehouse Comments

Form 1004 Rev 1103          PROOF OF DELIVERY

\* **REPRINT** \*  
\* **INVOICE** \*

PAGE    1



**11 Forbes Road**
**Woburn, MA 01801**
**(781) 933-8300**

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON       MA   02211

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD C-COL | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B003695 | | DEST | COM CAR-SPECIF | D | 3/31/04 | 3/31/04 | 01402761 |

| DESCRIPTION | QUANTITY SHIPPED / PIECES SHIPPED | UNIT PRICE / UNIT OF MEASURE | AMOUNT |
|---|---|---|---|
| 304L STAINLESS STEEL ROUND<br>3.75<br>ASTM A276<br>WIDTH:           LENGTH: 144<br>3 BARS<br><br>STOCK, ONE DAY DELIVERY<br>THANKS MICHAEL | 05358<br>432 IN<br>3 EA | 5.6900<br>IN | 2379.10 |

N

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 2379.10 | .00 | .00 | .00 | .00 | 2379.10 |

**TERMS**   NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401                                                                      TERMS AND CONDITIONS

**ADMIRAL**

11 FORBES ROAD
WOBURN, MA  01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

3/30/04  9:12:09

SALES ORDER
**01402761**



Page   1 of   1

| S O L D | 0700116<br>FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 | S H I P | FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 |
|---|---|---|---|

| Process: | | Ship Via: | | Route: ALBANY 3,5 |
|---|---|---|---|---|
| Delivery Date:<br>3/31/04 | Customer Order<br>B003695 | Salesman<br>MACCUTCHEON, M. | Receive Phone #<br>518-355-3088 | Receive Hrs/Days |
| Certification:<br>ACT CERT W/SHIPMENT | | FRT: PP  COL  PP&CHG<br>X | Unload Type:<br>PER CUSTOMER SPECS | |

| Line | Item | Description | | | | |
|---|---|---|---|---|---|---|
| 0001 | 05358 | 304L STAINLESS STEEL ROUND<br>3.75<br>ASTM A276 | | Sold by: IN | | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 432  IN | | 144 | 1352 | 3 | | IN | 17:22:15<br>03/30/04<br>1309 lb N | |

3 BARS
ACT C/A W/SHIP
STOCK, ONE DAY DELIVERY
THANKS MICHAEL

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

Purchasing Manager

| Location | # of Pkg | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| 11 3BAY Sale | 1Bench 1Pc | OA | | | X  DG | X | Y N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 217178<br>Bay 4 | 64861 | 1014 |
| BROWN | | | | | | 186790<br>524 | 6R223DG10 | 350 |

Warehouse Comments

Form 1004 Rev 1103    PROOF OF DELIVERY

\* REPRINT \*   PAGE   1
\* INVOICE \*



**11 Forbes Road**
**Woburn, MA 01801**
**(781) 933-8300**

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON        MA    02211

**SOLD TO:**  0700116

**SHIP TO:**

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | P-PPD C-COL | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3712 |  | DEST | OUR TRUCK |  | 4/09/04 | 4/09/04 | 01404244 |

| DESCRIPTION | | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
|  | | PIECES SHIPPED | UNIT OF MEASURE | |
| 1010CR OFHC COPPER PLATE 2.5 ASTM B152 WIDTH: 8.0000 IN   LENGTH: 96.0000 IN CUST PART NO: 301386 GE B11B33X OK TO USE 27.75 X 113.75 RANDOM | R5630 | 339 IN | 21.2500 | 7203.75 |
| 1010CR OFHC COPPER PLATE 2 ASTM B152 WIDTH: 9.0000 IN   LENGTH: 96.0000 IN CUST PART NO: 301447 GE B11B33X OK TO YIELD 4 PCS 9.00" FROM 36X96 PLATE   BACKORDERED TO ORDER#01405013 | 04413 | 640 IN | 18.4000 | 11776.00 |

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 18979.75 | .00 | .00 | .00 | .00 | 18979.75 |

**TERMS**  NET 30 DAYS

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401   TERMS AND CONDITIONS



11 FORBES ROAD
WOBURN, MA   01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

4/06/04   9:59:13

SALES ORDER
01404244



Page   1 of   2

| S O L D | 0700116<br>FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 | S H I P | FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 |

| Process: REGULAR CUTTING | Ship Via: OUR TRUCK | Route: ALBANY 3,5 |
|---|---|---|
| Delivery Date: 4/09/04 | Customer Order: B3712 | Salesman: MACCUTCHEON, M. | Receive Phone #: 518-355-3088 | Receive Hrs/Days |
| Certification: ACT CERT W/SHIPMENT | PP  COL  PP&CHG<br>FRT:       X | Unload Type: PER CUSTOMER SPECS |

| Line | Item | Description | | |
|---|---|---|---|---|
| 0001 | R5630 | 1010CR OFHC COPPER PLATE 2.5<br>ASTM B152 | Sold by: IN<br>Part#: 301386 | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 576 IN | 8.0000<br>+ .060<br>- .000 | 96.0000<br>+ .060<br>- .000 | 3860 | 6 | 339 | IN | 2272 | |

GE B11B33X
OK TO USE 27.75 X 113.75 RANDOM
ACT C/A W/SHIP

Chemical Analysis

Nominal Certification for Sales Order #   01404244

| Cu | P | Te |
|---|---|---|
| 99.9900 | .0003 | .0010 |

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Purchasing Manager Cert |
|---|---|---|---|---|---|---|---|
| 6By1 | 1 SKID | M | | M | X | X | Y  N |
| Location | Tag # | Weight | Location | Tag # | Weight | Tag #  Heat # | Wt/Pcs |
| | | | | | | 21/482   7763 | |

GREEN

Warehouse Comments

OF DELIVERY

Form 1004 Rev 1103



**ADMIRAL**
11 FORBES ROAD
WOBURN, MA 01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

4/06/04 9:59:13

**SALES ORDER**
**0140 4244**

Page 2 of 2

| SOLD | 0700116 FEUZ MANUFACTURING INC 679 MARIAVILLE ROAD SCHENECTADY   NY 12306 | SHIP | FEUZ MANUFACTURING INC 679 MARIAVILLE ROAD SCHENECTADY   NY 12306 |
|---|---|---|---|

| Process: SPLIT KERF | Ship Via: OUR TRUCK | Route: ALBANY 3,5 |
|---|---|---|
| Delivery Date: 4/09/04 | Customer Order: B3712 | Salesman: MACCUTCHEON, M. | Receive Phone #: 518-355-3088 | Receive Hrs/Days |
| Certification: ACT CERT W/SHIPMENT | FRT: PP COL PP&CHG | Unload Type: |

| Line | Item | Description |
|---|---|---|
| 0002 | R5535 | 1010CR OFHC COPPER PLATE 2   Sold by: IN |
| | | ASTM B152                     Part#: 301447 |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 576 IN | 9.0000 +.060 -.000 | 96.0000 +.060 -.000 | 3348 | 6 | 640 | IN | 3720 | |

GE B11B33X
OK TO YIELD 4 PCS 9.00" FROM 35X96 PLATE
ACT C/A W/SHIP

**Chemical Analysis**

| Cu | P | Te |
|---|---|---|
| 99.9900 | .0003 | .0010 |

Nominal Certification for Sales Order #  01404244

Notice. This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D.BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| 6 Ba | 1 SKID | M | | M | X | X | Y N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | 04413 | | 200717 | | |
| | | | | | | 21809 | 69000254 | |

GREEN
Warehouse Comments
9x113

Form 1004 Rev 1103     PROOF OF DELIVERY

```
* REPRINT *                                               PAGE    1
* INVOICE *
```



**11 Forbes Road**
**Woburn, MA 01801**
**(781) 933-8300**

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON      MA   02211

**SHIP TO:**

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | A.PPD. C.COL. | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3754 | | DEST | COM CAR-SPECIF | D | 4/09/04 | 4/09/04 | 01404256 |

| DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | PIECES SHIPPED | UNIT OF MEASURE | |
| 1010CR OFHC COPPER PLATE 2    04413 | 236 IN | 7.9800 | 1883.28 |
| ASTM B152 | | | |
| WIDTH: 3.6250 IN     LENGTH: 96.0000 IN | | | |

N

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 1883.28 | .00 | .00 | .00 | .00 | 1883.28 |

**TERMS   NET 30 DAYS**

*What could Admiral Metals do to better improve our product or service?*

*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401                                                    TERMS AND CONDITIONS

**ADMIRAL**

11 FORBES ROAD
WOBURN, MA 01801
(781) 933-8300
www.admiralmetals.com
ISO 9001:2000

4/06/04  9:21:07

SALES ORDER
**01404256**



Page 1 of 1

**SOLD:** 0700116
FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY    NY 12306

**SHIP:** FEUZ MANUFACTURING INC
679 MARIAVILLE ROAD
SCHENECTADY    NY 12306

| Process: | REGULAR CUTTING | | Ship Via: | | | Route: | ALBANY 3,5 |
|---|---|---|---|---|---|---|---|
| Delivery Date: 4/09/04 | Customer Order: B3754 | | Salesman: MACCUTCHEON, M. | | Receive Phone #: 518-355-3088 | | Receive Hrs/Days |
| Certification: | ACT CERT W/SHIPMENT | | FRT: PP  COL  PP&CHG  X | | | Unload Type: | PER CUSTOMER SPECS |

| Line | Item | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 0001 | R5535 | 1010CR OFHC COPPER PLATE 2 | | | Sold by: IN | | |
| | | ASTM B152 | | | | | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 192 IN | 3.6250 +.060/-.000 | 96.0000 +.060/-.000 | 486 | 2 | 236 | IN | 598 | |

ACT C/A W/SHIP

Chemical Analysis
| Cu | P | Te |
|---|---|---|
| 99.9900 | .0003 | .0010 |

Nominal Certification for Sales Order # 01404256

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| 6Bay | 1 case | my | | my | X | X | Y N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 20779 | 0960025Y | |

GREEN

Warehouse Comments
28 x 118

Form 1004 Rev 1103    PROOF OF DELIVERY

# * REPRINT *
# * INVOICE *

PAGE     1



**11 Forbes Road**
**Woburn, MA 01801**
**(781) 933-8300**

**REMIT TO:**

ADMIRAL METALS
P.O. BOX 11545
BOSTON      MA   02211

**SHIP TO:**

**SOLD TO:**   0700116

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

FEUZ MANUFACTURING INCORPORATED
679 MARIAVILLE ROAD
SCHENECTADY, NY   12306

| PURCHASE ORDER NO. | YOUR RELEASE NO. | F.O.B. | VIA | F-PPD C-COL | DATE SHIPPED | DATE INVOICED | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| B3712 | | DEST | COM CAR-SPECIF | D | 5/07/04 | 5/07/04 | 01408882 |

| DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | PIECES SHIPPED | UNIT OF MEASURE | |
| 1010CR OFHC COPPER PLATE 3   04416<br>ASTM B152<br>WIDTH: 8.0000 IN       LENGTH: 96.0000 IN | 768 IN | 33.9700 | 26088.96 |

N

| IN | OUT | MERCHANDISE TOTAL | MISCELLANEOUS | CUTTING | FREIGHT | SALES TAX | TOTAL INVOICE |
|---|---|---|---|---|---|---|---|
| 0115 | 0157 | 26088.96 | .00 | .00 | .00 | .00 | 26088.96 |

**TERMS   NET 30 DAYS**

*What could Admiral Metals do to better improve our product or service?*
*Fax 1-781-937-6357 or email bursteinj@admiralmetals.com*

FORM 1001 REV 0401

TERMS AND CONDITIONS

**ADMIRAL**

11 FORBES ROAD  
WOBURN, MA 01801  
(781) 933-8300  
www.admiralmetals.com  
ISO 9001:2000

4/27/04 16:32:17

SALES ORDER  
**01408882**



Page 2 of 1

| SOLD | 0700116<br>FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 | SHIP | FEUZ MANUFACTURING INC<br>679 MARIAVILLE ROAD<br>SCHENECTADY    NY 12306 |

| Process: REGULAR CUTTING | Ship Via: | Route: ALBANY 3,5 |
|---|---|---|
| Delivery Date: 4/30/04 | Customer Order: B3712 | Salesman: MACCUTCHEON, M. | Receive Phone #: 518-355-3088 | Receive Hrs/Days: |
| Certification: ACT CERT W/SHIPMENT | | FRT: PP  COL  PP&CHG  X | Unload Type: PER CUSTOMER SPECS |

| Line | Item | Description | | | | Sold by: IN | |
|---|---|---|---|---|---|---|---|
| 0002 | R5700 | 1010CR OFHC COPPER PLATE 3<br>ASTM B152 | | | | | |

| Ord/Qty | Width | Length | Ord/WT | Ord/Pcs | Shipped Qty | UOM | Shipped LBS | Shipped Date |
|---|---|---|---|---|---|---|---|---|
| 576 ,IN | 8.0000<br>+ .060<br>- .000 | 96.0000<br>+ .060<br>- .000 | 4632 | 8 | | IN | 6177 | |

468

SCRAP END PC  
3 x 96

ACT C/A W/SHIP

Chemical Analysis             Nominal Certification for Sales Order #  01408882

| Cu | P | Te |
|---|---|---|
| 99.9900 | .0003 | .0010 |

-Notice- This Material is free from Mercury and Radium contamination at the time of shipment. No weld repair performed. This Material will meet all specification requirements listed. The willfull recording of false, fictitious statements on this document may result as a felony under federal law.

Purchasing Manager

| Location | # of Pk's | Pick/Pack | Load | Updated By | MAT'L DEL'D BY: | MAT'L REC'D BY: | Cert |
|---|---|---|---|---|---|---|---|
| | 2SKDS | | | | X | X | Y N |

| Location | Tag # | Weight | Location | Tag # | Weight | Tag # | Heat # | Wt/Pcs |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 222315 | N172 | |
| | | | | | | 222314 | N172 | 4630/8 |

GREEN  
Warehouse Comments

Form 1004 Rev 1103        PROOF OF DELIVERY