# EXHIBIT "C"

AUG-15-1995  14:19      ADMIRAL METALS                1 617 937 4469   P.02/02

**ADMIRAL METALS**
Woburn, MA 01801
FAX (617) 937-4471
1-800-L-ADMIRAL

# APPLICATION FOR CREDIT

**FOR COMPANY USE ONLY**

| Date | Sales Representative | Amount Requested | Creditor OK Date | Credit Amount |
|---|---|---|---|---|
| | | | | |

For the purpose of establishing credit with creditor I/we, the undersigned, warrant the financial information below to be true, correct and complete to the best of my knowledge and hereby authorize any credit investigation needed for verification.

SOLE ☐   PARTNERSHIP ☐   CORPORATION ☒

**NAME OF BUSINESS (dba):** Feuz Manufacturing, Inc.
**CORPORATION OR OTHER NAME:**
**DATE BUSINESS STARTED:**

**STREET ADDRESS:** 679 Mariaville Rd.
**CITY, STATE:** Schenectady, NY
**ZIP:** 12306

**BILLING ADDRESS:** Same
**CITY, STATE:**
**ZIP:**

**BUSINESS TELEPHONE:** (518) 355-2000
**ACCOUNTS PAYABLE TELEPHONE:** (518) 355-2000

**NAME OF ACCOUNTS PAYABLE CONTACT:** Gale Schermerhorn
**OWNER OF LOCATION (If Other Than Business):**

**BANK NAME AND BRANCH:** see attached
**CONTACT:**
**BUSINESS CHECK ACCT. NO.:**

**PRINCIPAL OR OWNERS NAME:**
**HOME ADDRESS:** see attached

**NO. OF EMPLOYEES:**
☐ One    ☐ 20-49
☐ 2-7    ☒ 50-100
☐ 8-19   ☐ 100+

**HOME TELEPHONE:**

**ANTICIPATED MONTHLY VOLUME:**
☐ $500/LESS    ☐ $2,000
☐ $1,000       ☒ $5,000/UP

**SOCIAL SECURITY NO.:**
**DATE OF BIRTH:**

**BUSINESS TYPE:**
☐ SCREW MACHINE HOUSE   ☐ OEM MANUFACTURER   ☐ OTHER: _____
☒ GENERAL MACHINE SHOP  ☐ STAMPING HOUSE
☐ SHEET METAL HOUSE     ☐ DISTRIBUTOR

List three principal suppliers with whom you have maintained credit for a minimum of one year.

| | FULL NAME | TELEPHONE |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |

In consideration of credit being granted to me or to my agent(s), I agree to the following terms:

1. To pay invoices in full by the month following the month of purchase. **60 DAYS!**
2. In the event of default of foregoing paragraph one (1) I agree to pay a service charge of 1.5% added on all unpaid balances past due. This service charge rate equals 18% per annum.
3. If this account is placed for collection I agree to pay all reasonable charges including attorney's fee and further agree that a charge of 33% of the amount of the claim shall be considered reasonable as a fee.
4. In event of default of foregoing paragraph (3) I will personally guarantee the payment of all obligations of the above mentioned company.

**Signature:** Gary A. Feuz
**Date:** 8/15/95

TOTAL P.02

EXHIBIT "D"



ISO 9001 : 2000

11 Forbes Road
Woburn, MA 01801
781-933-8300
Fax 781-937-4469

1-800-423-6472

September 23, 2004

Feuz Manufacturing Incorporated
679 Mariaville Road
Schenectady, NY 12306

ATTN: Mr. Gary A Feuz

Re: Past Due Balance $66,339.78

## LEGAL NOTIFICATION

Dear Mr. Gary A Feuz:

We have tried to work with you during the past several months concerning the above referenced balance. Your disregard for the N/30 terms of sale and any other reasonable payment plan leave us without options to collect your debt.

At this time we are reducing your credit limit to zero and are preparing documentation for litigation.

Unless we receive payment in full by September 30, 2004 or an approved payment plane with your 1st payment, Feuz Manufacturing Incorporated will be turned over to our attorney for collection. Please understand that you will be held liable for cost of collection, which includes, without limitation, attorney's fees and costs, incurred to collect this outstanding debt.

Sincerely,

David C. Schur
Corporate Credit Manager

cc: Mike Maccutcheon
    Lisa Larkin
    Jack Long

**GOLDMAN & PEASE**

ATTORNEYS AT LAW

160 Gould Street

Needham

MA 02494

Tel: 781-292-1080

Fax: 781-453-8989

www.goldmanpease.com

October 4, 2004

**CERTIFIED MAIL**
**RET. REC. REQ.**

Gary A. Feuz, President
Feuz Manufacturing, Inc.
679 Mariaville Road
Schenectady, NY 12306

Gary A. Feuz, Individually
898 Currybush Road
Schenectady, NY 12306

    RE:    Admiral Metals Servicenter Co., Inc. ("Admiral") v.
              Gary A. Feuz, Individually, and Feuz Manufacturing, Inc.

Dear Mr. Feuz:

    Please be advised that the undersigned represents Admiral in connection with collection of outstanding invoices in the amount of $66,339.78, plus interest in the amount of $4,975.48, aggregating a total outstanding balance of $71,315.26 ("Outstanding Amount"). Valuable products were shipped to Feuz Manufacturing, Inc. for which no payment has been received. **Furthermore, you executed a personal guarantee and shall be liable personally for all costs of collection, including attorney fees and interest at 18% per annum.**

    Accordingly, DEMAND is hereby made upon you to pay this amount in full within seven (7) days from the date hereof. In the absence of full payment, I have been instructed to take appropriate court action, including an attachment on any and all assets of yours for the outstanding balance, plus costs of collection, attorney fees and interest. Finally, this court action will negatively affect your credit rating and may place you in default with financing you may have on the business.

    Our actions will be dictated by your response.

Very truly yours,

Howard S. Goldman

cc:    David Schur via e-mail
E:\ADMIRAL\Feuz\demand.doc

Boston Office: 2 Faneuil Hall Marketplace, Boston, MA 02109   Tel: 617-357-8200

# EXHIBIT "E"

## Business Contractions for Capital District: June 2004

| COMPANY | COUNTY | # JOBS | START | COMMENTS |
|---|---|---|---|---|
| Red Star Trucking | Albany | -65 | 6/1/2004 | Most of the 60-65 unionized USF Red Star workers who lost their jobs last month when the regional trucking company abruptly shut down could be rehired when USF Holland reopens the local terminal. USF Holland "is going to be rebuilding their business" and hopes to create a more efficient operation. SEE USF HOLLAND under "Expansions." |
| Broadway Joe's | Saratoga | -50 | 6/7/2004 | Broadway Joe's and Saratoga Stakes, two eating establishments in Saratoga Springs have closed. |
| Feuz Manufacturing | Schenectady | -27 | 6/15/2004 | Due to economic reasons, Feuz Manufacturing, Inc. will be laying off 27 of their 84 employees on June 15, 2004. Fuez is a manufacturer of precision parts for turbines. |

# FLYNN & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

MICHAEL B. FLYNN*
RICHARD A. DAVIDSON, JR.
LORI A. WIRKUS⁺
JOHN E. YOUNG, IV
BETHANY M. MACHACEK

*also admitted in NY
⁺also admitted in CT

OF COUNSEL:
DURKIN, MCDONNELL,
CLIFTON & O'DONNELL

400 CROWN COLONY DRIVE
SUITE 200
QUINCY, MASSACHUSETTS  02169
TELEPHONE (617) 773-5500
FACSIMILE (617) 773-5510
E-MAIL: flynnlaw@flynnassoc.com

BOSTON OFFICE:
160 STATE STREET
EIGHTH FLOOR
BOSTON, MA  02109
TEL: (617) 722-8253
FAX: (617) 722-8254

DETROIT OFFICE:
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 3253
DETROIT, MI  48226
TEL: (313) 963-3033
FAX: (313) 963-3011

October 21, 2004

Civil Clerk's Office
Superior Court Department
Middlesex Division
41 Thorndike Street
East Cambridge, MA  02141

RE:   ADMIRAL METAL SERVICENTER COMPANY, INC v. FEUZ MANUFACTURING, INC., et al

Dear Sir/Madam:

Enclosed please find, regarding the above-captioned matter, the *Defendants' Notice of Removal*. Kindly take the appropriate action with respect to this filing.

Thank you for your attention to this matter.

Sincerely,

Richard A. Davidson, Jr.

Encl.
pc:   Gary A. Feuz
      U.S. District Court
      Howard S. Goldman, Esq.
      Cameron C. Pease, Esq.
      Michael B. Flynn, Esq.