UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADMIRAL METALS SERVICENTER CO., INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEUZ MANUFACTURING, INC. and GARY A. FEUZ, individually,<br>　　　　Defendants,<br><br>　　　　v.<br><br>GENERAL ELECTRIC COMPANY and EMPIRE RECYCLING OPERATIONS, INC.,<br>　　　　Reach and Apply Defendants. | CIVIL ACTION<br>NO.:   04 12204 JLT |

## DEFENDANT, FEUZ MANUFACTURING, INC.'S CORPORATE DISCLOSURE

　　The defendant, Feuz Manufacturing, Inc., is a privately owned New York corporation and there are no publicly held companies which own ten (10%) percent or more of its stock. Feuz Manufacturing, Inc. is not a publicly traded.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　FEUZ MANUFACTURING, INC. and
　　　　　　　　　　　　　　　　　　GARY A. FEUZ,
　　　　　　　　　　　　　　　　　　by their attorneys,

　　　　　　　　　　　　　　　　　　 /s/ Richard A. Davidson, Jr.
　　　　　　　　　　　　　　　　　　Michael B. Flynn　　　　BBO #559023
　　　　　　　　　　　　　　　　　　Richard A. Davidson, Jr.　BBO #552988
　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　400 Crown Colony Drive, Suite 200
　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　(617) 773-5500

DATE:  October 27, 2004