# FLYNN & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

MICHAEL B. FLYNN*
RICHARD A. DAVIDSON, JR.
LORI A. WIRKUS†
JOHN E. YOUNG, IV
BETHANY M. MACHACEK

*also admitted in NY
†also admitted in CT

OF COUNSEL:
DURKIN, MCDONNELL,
CLIFTON & O'DONNELL

400 CROWN COLONY DRIVE
SUITE 200
QUINCY, MASSACHUSETTS 02169
TELEPHONE (617) 773-5500
FACSIMILE (617) 773-5510
E-MAIL: flynnlaw@flynnassoc.com

BOSTON OFFICE:
160 STATE STREET
EIGHTH FLOOR
BOSTON, MA 02109
TEL: (617) 722-8253
FAX: (617) 722-8254

DETROIT OFFICE:
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 3253
DETROIT, MI 48226
TEL: (313) 963-3033
FAX: (313) 963-3011

October 26, 2004

Civil Clerk's Office
United States District Court
   for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   ADMIRAL METAL SERVICENTER COMPANY, INC v. FEUZ MANUFACTURING, INC., et al
      U.S. District Court – Boston, C.A. No.: 04 12204 JLT

Dear Sir/Madam:

Enclosed please find for filing, in the above-captioned matter, the certified copies of the pleadings filed with the Middlesex Superior Court as attested to by Assistant Clerk Karen O'Connor.

Your time and attention to this filing is appreciated.

Sincerely,

Richard A. Davidson, Jr.

Encl.
pc :   Gary A. Feuz
       Howard S. Goldman, Esq. (w/cert. only)
       Cameron C. Pease, Esq. (w/cert. only)
       Michael B. Flynn, Esq. (w/cert. only)