UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADMIRAL METALS SERVICENTER CO., INC., <br> Plaintiff, <br><br> v. <br><br> FEUZ MANUFACTURING, INC. and GARY A. FEUZ, individually, <br> Defendants, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY and EMPIRE RECYCLING OPERATIONS, INC., <br> Reach and Apply Defendants. | CIVIL ACTION <br> NO.:   04 12204 JLT |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for the defendants, Feuz Manufacturing, Inc. ("FMI") and Gary A. Feuz (together as "Feuz") hereby certifies that he consulted with plaintiff's counsel on November 8, 2004 in a good faith attempt to resolve the issues involved in the defendants' *Motion to Amend the Complaint*.

                      Respectfully submitted,
                      FEUZ MANUFACTURING, INC. and
                      GARY A. FEUZ,
                      by their attorneys,

                      /s/ Michael B. Flynn
                      Michael B. Flynn BBO #559023
                      Richard A. Davidson, Jr. BBO #552988
                      FLYNN & ASSOCIATES, P.C.
                      400 Crown Colony Drive, Suite 200
                      Quincy, MA 02169
                      (617) 773-5500

DATE:  November 8, 2004
G:\F & A\CASE FILES\Feuz Manufacturing\pleadings\Rule 7 cert re amending complaint.doc