UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADMIRAL METALS SERVICENTER CO. INC., <br> Plaintiff <br><br> v. <br><br> FEUZ MANUFACTURING, INC., and <br> GARY A. FEUZ, INDIVIDUALLY <br> Defendants <br><br> And <br><br> GENERAL ELECTRIC COMPANY, and <br> EMPIRE RECYCLING OPERATIONS, INC. <br> Reach and Apply Defendants | CIVIL ACTION NO. <br> 04 12204 JLT |

## ADMIRAL METALS SERVICENTER CO., INC.'S CORPORATE DISCLOSURE

The Plaintiff, Admiral Metals Servicenter Co., Inc., is a privately held Massachusetts corporation and there are no publicly held companies which own ten (10%) percent or more of its stock. Admiral Metals Servicenter Co., Inc. does not have a parent corporation, and is not publicly traded.

Respectfully Submitted,
Plaintiff,
By his attorneys,

/s/ Howard S. Goldman
Howard S. Goldman
BBO # 199030
Goldman & Pease
160 Gould Street
Needham, MA 02494
781-292-1080

Date: November 3, 2004

## CERTIFICATE OF SERVICE

This is to certify that on November 3, 2004, a copy of the foregoing document was served upon the following parties, by first class mail, postage prepaid:

Feuz Manufacturing, Inc. and Gary Feuz,
By their attorney,
Michael B. Flynn, Esq.
Flynn & Associates, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA 02169

General Electric Company
By its attorney
Glenn Reisman, Esq.
Two Corporate Drive
P.O. Box 861
Shelton, CT 06484

Empire Recycling Operations,
By its attorney,
Daniel Cohen, Esq.
Cohen & Cohen
258 Genesee Street
Suite 205
Utica, NY 13502

Howard S. Goldman
Goldman & Pease

E:\ADMIRAL\FEUZ\CORP.DOC