# FLYNN & ASSOCIATES, P. C.
## ATTORNEYS AT LAW

MICHAEL B. FLYNN*
RICHARD A. DAVIDSON, JR.
LORI A. WIRKUS⁺
JOHN E. YOUNG, IV
BETHANY M. MACHACEK

*also admitted in NY
⁺also admitted in CT

OF COUNSEL:
DURKIN, MCDONNELL,
CLIFTON & O'DONNELL

400 CROWN COLONY DRIVE
SUITE 200
QUINCY, MASSACHUSETTS 02169
TELEPHONE (617)773-5500
FACSIMILE (617)773-5510
E-MAIL: flynnlaw@flynnassoc.com

BOSTON OFFICE:
160 STATE STREET
EIGHTH FLOOR
BOSTON, MA 02109
TEL: (617)722-8253
FAX: (617)722-8254

DETROIT OFFICE:
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 3253
DETROIT, MI 48226
TEL: (313)963-3033
FAX: (313)963-3011

November 19, 2004

**VIA ELECTRONIC FILING**

Zita Lovett, Courtroom Clerk
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: ADMIRAL METAL SERVICENTER COMPANY, INC v. FEUZ MANUFACTURING, INC., et. al.
U.S. District Court – Boston, C.A. No.: 04 12204 JLT

Dear Ms. Lovett:

Kindly accept for filing the enclosed *Defendants' Opposition to the Plaintiff's Motion for Injunction* with the attached *Exhibits A through C* in regards to the plaintiff's *Motion for Injunction*. Kindly accept the enclosed in place of the provisional motion which was filed on or about November 8, 2004, when the defendants' representatives were in Africa. Attorney Flynn has asked me to related to you that the enclosed opposition is almost identical to the provisional opposition but that it has additional supporting facts. Also, we note that plaintiff's counsel are not being electronically notified of filings, therefore we will be sending this letter and the new opposition to them both by facsimile and 1st Class U.S. Mail this morning.

Thank you for your attention to this matter.

Sincerely,

*[signature]*
Richard A. Davidson, Jr.

Encl.
pc: Gary A. Feuz
    Howard S. Goldman, Esq.
    Peter A. Pastore, Esq.