UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ADMIRAL METALS SERVICENTER CO. INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| FEUZ MANUFACTURING, INC. and GARY A. FEUZ, individually, | * * * * | Civil Action No. 04-12204-JLT |
| Defendants, | * * | |
| And | * * | |
| GENERAL ELECTRIC COMPANY and EMPIRE RECYCLING OPERATIONS, INC., | * * * * | |
| Reach and Apply Defendants. | * | |

## ORDER

November 22, 2004

TAURO, J.

This court hereby orders that:

1. <u>Plaintiff's Motion for Injunction</u> [#4] is DENIED WITHOUT PREJUDICE; and

2. The Parties shall submit a Status Report to this court by December 6, 2004.

IT IS SO ORDERED.

                                          /s/ Joseph L. Tauro
                                          United States District Judge