UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADMIRAL METALS SERVICENTER CO.,
    Plaintiff,

V                                CA 04-12204-JLT

FUEZ MANUFACTURING, INC., et al
and
Reach and Apply Defendant,
GENERAL ELECTRIC COMPANY,
    Defendants.

ORDER

JANUARY 12, 2005

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge