# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:    Civil / Criminal  No.  <u>04-cv-12204 JLT</u>

Title: **<u>Admiral Metals Servicenter v. Fuez Manufacturing Inc et al</u>**

# N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge   **<u>Tauro</u>**   has been transferred to  Judge **<u>Zobel</u>**  for all further proceedings.

From this date forward the case number on all pleadings should be followed by the

initials **<u>RWZ.</u>**

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:     <u>Kimberly M. Abaid</u>
Deputy Clerk

Date: January 19, 2005

_____    Please NOTE that the above case has been transferred to the Western
Division in Springfield.  All future filings should be made at the Clerk's
Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA
01103.

_____    Please NOTE that the above case has been transferred to the Central
Division in Worcester.  All future filings should be made at the Clerk's
Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA
01608-2076.

Copies to:      Counsel

(In-House re-assign-recusal.wpd - 12/98)                                    [ntccsasgn.]