UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

ADMIRAL METALS SERVICENTER CO., INC.
        Plaintiff,

v.

FEUZ MANUFACTURING, INC. and
GARY A. FEUZ, individually,
        Defendants,

v.

GENERAL ELECTRIC COMPANY and
EMPIRE RECYCLING OPERATIONS, INC.,
        Reach and Apply Defendants.

CIVIL ACTION
NO.: 04 12204 JLT

### ORDER OF DISMISSAL UPON SETTLEMENT STIPULATION

WHEREAS, the above-referenced action is pending ("Action") and

WHEREAS, the parties have agreed to settle and discontinue the Action including, but not limited to, any and all claims and counterclaims with prejudice, and

WHEREAS, the parties desire to reduce to writing the terms and conditions of said settlement and seek the Court's approval hereof;

NOW THEREFORE, in consideration for the mutual promises and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, it is stipulated and agreed as follows:

1.     Empire Recycling Operations, Inc. ("Empire") shall pay Fifty Thousand and no/100 Dollars ($50,000.00) to Admiral Metals Servicenter Co., Inc. ("Admiral").

2. Empire shall pay Eight Thousand Eight Hundred Forty and 60/100 Dollars ($8,840.60) to Feuz Manufacturing, Inc. ("Feuz").

3. Hussey Copper, Ltd. ("Hussey") shall pay Fifteen Thousand and no/100 Dollars ($15,000.00) to Feuz.

4. Admiral, Empire, Feuz, Gary A. Feuz and Hussey shall execute releases in the form attached hereto.

5. Upon completion of the terms herein the parties agree to have the Action dismissed with prejudice.

EMPIRE RECYCLING OPERATIONS, INC.

By:_____

Its:_____

FEUZ MANUFACTURING, INC.

By: /s/ Gary A. Feuz

Its: PRESIDENT

ADMIRAL METALS SERVICENTER CO., INC.

By: /s/ David C. Schur

Its: Corporate Credit Manager
    Howard S. Goloman, Attorney
                    Adm-rm

/s/ Gary A. Feuz
GARY A. FEUZ

HUSSEY COPPER, LTD.

By:_____

Its:_____


SO ORDERED,


Dated:_____

_____
U.S.D.J.

2. Empire shall pay Eight Thousand Eight Hundred Forty and 60/100 Dollars ($8,840.60) to Feuz Manufacturing, Inc. ("Feuz").

3. Hussey Copper, Ltd. ("Hussey") shall pay Fifteen Thousand and no/100 Dollars ($15,000.00) to Feuz.

4. Admiral, Empire, Feuz, Gary A. Feuz and Hussey shall execute releases in the form attached hereto.

5. Upon completion of the terms herein the parties agree to have the Action dismissed with prejudice.

EMPIRE RECYCLING CORPORATION, erroneously designated as EMPIRE RECYCLING OPERATIONS, INC.

By: _____

Its: PRESIDENT

FEUZ MANUFACTURING, INC.

By: _____

Its: _____

ADMIRAL METALS SERVICENTER CO., INC.

By: David C. Schwa

Its: Corporate Credit Manager

Howard S. Goldman, Attorney for ADM-rm

HUSSEY COPPER, LTD.

By: _____

Its: _____

_____
GARY A. FEUZ

Dated: _____

SO ORDERED,

_____
U.S.D.J.

2. Empire shall pay Eight Thousand Eight Hundred Forty and 60/100 Dollars ($8,840.60) to Feuz Manufacturing, Inc. ("Feuz").

3. Hussey Copper, Ltd. ("Hussey") shall pay Fifteen Thousand and no/100 Dollars ($15,000.00) to Feuz.

4. Admiral, Empire, Feuz, Gary A. Feuz and Hussey shall execute releases in the form attached hereto.

5. Upon completion of the terms herein the parties agree to have the Action dismissed with prejudice.

EMPIRE RECYCLING OPERATIONS, INC.    FEUZ MANUFACTURING, INC.

By:_____    By:_____

Its:_____    Its:_____

ADMIRAL METALS SERVICENTER CO., INC.    HUSSEY COPPER, LTD. CORP PARTY
BY HUSSEY COPPER CORP
ITS General Partner

By: _David C. Johns_____    By: _Roy R. Cell_____

Its: _Corporate Credit Manager_    Its: _Pres CEO_
Howard S. Goloman, Attorney


_____
GARY A. FEUZ

                                    SO ORDERED,

Dated:_____    _____
                                    U.S.D.J.